UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALVIN HILLS, Individually and on Behalf of All others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PAC HOUSING GROUP, LLC; MOF PARC-FONTAINE, LLC (F/K/A GMF-PARC FONTAINE, LLC); MOF-PRESERVATION OF AFFORDABILITY CORP. (F/K/A GMF- PRESERVATION OF AFFORDABILITY CORP.); MINISTRY OUTREACH FOUNDATION (F/K/A GLOBAL MINISTRIES FOUNDATION); and RICHARD HAMLET,<br><br>Defendants. | C.A. No.: 2:23-cv-05740-BWA-KWR<br><br>CLASS ACTION<br><br>JUDGE:      Honorable Barry W. Ashe<br><br>MAG. JUDGE:  Honorable Karen Wells Roby |

## PLAINTIFFS' CLASS CERTIFICATION FACT WITNESS LIST

**NOW INTO COURT**, through undersigned counsel, come plaintiffs, Alvin Hills, Donnell Matlock, and Jack Martin (together, "Plaintiffs"), on behalf of themselves and all others similarly situated, who in accordance with the Court's Order, serve on Defendants this list of fact witnesses who may provide statements or testimony to be used by plaintiffs in support of their motion for class certification.[1]

---

[1] Plaintiffs have provided this may-call witness list based on the information available to them at this time. Plaintiffs may need to supplement and revise this list in accordance with this Court's Scheduling Orders and Federal Rule of Civil Procedure 26 and based on Defendants' complete failure to provide certain information to Plaintiffs to date. R. Doc. 46, Scheduling Order (setting original deadline for Fact Witness List to support class certification); R. Doc. 51, Order Granting Consent Motion to Extend Witness List Deadline.

Specifically, although initial disclosures were initially due to be exchanged June 20, 2024, Defendants have still not produced those disclosures. R. Doc. 53, Order on Motion to Compel.

1

1. Jack Martin;

2. Donnell Matlock;

3. Alvin Hills;

4. Debra Jackson;

5. Reverend Richard Hamlet;

6. A Representative of MOF-Preservation of Affordability Corp., F/K/A GMF Preservation of Affordability Corp. ("MOF-Preservation");

7. A Representative of Ministry Outreach Foundation, F/K/A Global Ministries Foundation ("the Foundation");

8. A Representative of MOF Parc-Fontaine, LLC, F/K/A GMF-Parc Fontaine, LLC ("Parc-Fontaine LLC");

9. A Representative of PAC Housing Group ("PAC");

10. Lorenzo Rice;

11. Caroline Smith;

12. Tina Brenneke;

---

After discussions among counsel, a meet-and-confer, and a motion to compel, Defendants have now been ordered by Magistrate Judge Karen Wells Roby to provide their initial disclosures to Plaintiffs within fourteen days of the Court's August 1, 2024 Order. R. Doc. 47-2, Declaration of Casey C. DeReus in Support of Motion to Compel; R. Doc. 53, Order on Motion to Compel.
     Additionally, Defendants have not provided any responses to Plaintiffs' discovery, which is also overdue. A Rule 37 conference has been scheduled but not yet taken place.
     By contrast, Plaintiffs have already provided extensive initial disclosures to Defendants, including timely initial disclosures and a supplement sent August 5, 2024. Together, Plaintiffs initial disclosures and supplement thereto contain 82 potential persons with knowledge and more than 2,000 pages of documents.
     As such, Plaintiffs' submission of this Witness List is made without the benefit of any of the information to which they are entitled. Without initial disclosures or discovery responses, Plaintiffs have not yet been able to fully identify certain individuals who may be called as witnesses. Upon receipt of initial disclosures and discovery (or any other new information), Plaintiffs will supplement and revise this list as required by law.

13. Janet "Jan" Marullo;

14. Titeyanna Palmer;

15. Manuel Palmer;

16. R. Lucian Hamlet;

17. Hunter Hamlet;

18. Michael Tankersley;

19. Ginger Hamlet;

20. Lillian E. Eyrich;

21. Daiquiri Jones;

22. Frank Farricker;

23. A Representative of the Office of United States Senator Marco Rubio and/or Senator Marco Rubio;

24. A Representative of the Office of New Orleans City Councilman Freddie King and/or Councilman Freddie King;

25. A Representative of the Office of Louisiana State Representative Jason Hughes and/or Councilman Jason Hughes;

26. A Representative of the Office of New Orleans City Council President Helena Moreno and/or City Council President Moreno;

27. A representative of the Louisiana State Bond Commission ("LSBC");

28. A representative of Beep-Me Plumbing, Heating & Air;

29. A representative of the Internal Revenue Service.

30. A representative of the U.S. Department of Housing & Urban Development;

31. A representative of The Mary Fund, Inc.;

32. A representative of Watson Cohen;

33. A representative of the New Orleans Assessor's Office;

34. A representative of the Louisiana State Bond Commission;

35. A representative of Pira's Construction &/or Ismet Pira;

36. A representative of the New Orleans City Council;

37. A representative of the New Orleans Sewerage and Water Board;

38. A representative of the City of New Orleans Department of Code Enforcement;

39. Representatives of Southeast Louisiana Legal Services and/or Amelie Daigle;

40. Representatives of Louisiana Fair Housing Action Center and/or Eva Kalikoff;

41. Any current or former residents of Parc Fontaine Apartments (other than named Plaintiffs) identified through the course of this litigation, including additional potential named plaintiffs who may be added to this suit.

42. Any other current or former maintenance workers at Parc Fontaine Apartments identified through the course of this litigation.

43. Any other current or former employees of Parc Fontaine Apartments identified through the course of this litigation.

44. Any individuals identified in Defendant's Rule 26 Disclosures or discovery responses.

45. Any individuals needed to authenticate any documents.

46. Any individuals necessary for impeachment.

47. Any experts who may be retained in this matter.

*Due to Defendants' failure to provide initial disclosures or responses to interrogatories or requests for production to date, Plaintiffs do not have the full names of the below individuals. However, out of an abundance of caution, Plaintiffs identify the following individuals to the best of their ability at this time as potential witnesses. Additionally, upon receipt of discovery Plaintiffs may identify other individuals who will be added to this list. Plaintiffs will supplement this list upon receipt of additional information.*

48. Raquel Black / aka Jarmella? Miss Chanel / Chennelle (full name unknown);

49. Miss Candy (full name unknown);

50. Melissa (full name unknown);

51. Bernell Randall AKA Twin;

52. Hector (full name unknown);

53. Fred (full name unknown);

54. DeWayne (full name unknown);

55. Ballard (full name unknown);

56. Sterling (full name unknown)

57. Durell (full name unknown)

58. Felton (full name unknown)

59. Sandra AKA Susie Cannon

60. Chief (full name unknown);

61. Castro (full name unknown);

62. Keiouki (full name unknown);

63. Derrick (full name unknown, possibly Zeno);

64. Moon (full name unknown);

65. Holly (last name unknown);

66. Claudia (last name unknown);

67. Miss Blerta (full name unknown);

68. Shirley (full name unknown);

69. Issaac (full name unknown);

70. Anderson (full name unknown);

71. Moses (full name unknown);

72. Carey (full name unknown);

73. George (full name unknown);

74. Miss Bessy (full name unknown);

75. Meg Gatto;

76. Detective Colleen Formanek;

77. Durell (full name unknown);

78. Name: Gary (full name unknown);

79. Bob AKA Mr. Wooten (full name unknown); and

80. Harold (full name unknown, possibly Finkle).

Dated: August 5, 2024

Respectfully submitted,

**BRAGAR EAGEL & SQUIRE, P.C**

By: /s/ *Casey C. DeReus*
Casey C. DeReus (La. Bar #37096)
810 Seventh Avenue, Suite 620
New York, New York 10019
Telephone: (212) 308-5858
Facsimile: (212) 486-0462
Email for Service: dereus@bespc.com

*Attorneys for Plaintiffs*

and

6

>   **DeVonn Jarrett, Esq. (#35843)**
>   **JARRETT LAW GROUP, LLC**
>   643 Magazine Street, Suite 301A
>   New Orleans, Louisiana 70130
>   Telephone: 833- 554-6653
>   Email: djarrett@jarrettlawgroup.com
>
>   *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 5th day of August 2024, filed and served a copy of the foregoing pleading to all parties to this proceeding by filing through the CM/ECF electronic filing system.

>   */s/ Casey C. DeReus*
>   Casey C. DeReus