UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALVIN HILLS, Individually and on Behalf of All others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PAC HOUSING GROUP, LLC; MOF PARC-FONTAINE, LLC (F/K/A GMF-PARC FONTAINE, LLC); MOF-PRESERVATION OF AFFORDABILITY CORP. (F/K/A GMF- PRESERVATION OF AFFORDABILITY CORP.); MINISTRY OUTREACH FOUNDATION (F/K/A GLOBAL MINISTRIES FOUNDATION); and RICHARD HAMLET,<br><br>Defendants. | C.A. No.: 2:23-cv-05740-BWA-KWR<br><br>CLASS ACTION<br><br>JUDGE:       Honorable Barry W. Ashe<br><br>MAG. JUDGE:  Honorable Karen Wells Roby |

**PLAINTIFFS' FIRST AMENDED CLASS CERTIFICATION FACT WITNESS LIST**

**NOW INTO COURT**, through undersigned counsel, come plaintiffs, Alvin Hills, Donnell Matlock, Jack Martin, and Debra Jackson (together, "Plaintiffs"), on behalf of themselves and all others similarly situated, who in accordance with the Court's Orders, serve on Defendants this amended list fact witnesses who may provide statements or testimony to be used by plaintiffs in support of their motion for class certification.[1]

---

[1] Plaintiffs have provided this may-call witness list based on the information available to them at this time. Plaintiffs may need to supplement and revise this list in accordance with this Court's Scheduling Orders and Federal Rule of Civil Procedure 26. R. Doc. 46, Scheduling Order (setting original deadline for Fact Witness List to support class certification); R. Doc. 52, Order (granting consent motion to extend witness list deadline); R. Doc. 60, Order (granting Plaintiffs' unopposed motion to file amended fact witness list for class certification within two weeks of receipt of defendants' initial disclosures and responses to outstanding discovery requests). Plaintiffs amend this list based on the initial disclosures received on August 14, 2024 and

1

1. Jack Martin;

2. Donnell Matlock;

3. Alvin Hills;

4. Debra Jackson;

5. Reverend Richard Hamlet;

6. A Representative of MOF-Preservation of Affordability Corp., F/K/A GMF Preservation of Affordability Corp. ("MOF-Preservation");

7. A Representative of Ministry Outreach Foundation, F/K/A Global Ministries Foundation ("the Foundation");

8. A Representative of MOF Parc-Fontaine, LLC, F/K/A GMF-Parc Fontaine, LLC ("Parc-Fontaine LLC");

9. A Representative of PAC Housing Group ("PAC");

10. Lorenzo Rice;

11. Caroline Smith;

12. Tina Brenneke;

13. Janet "Jan" Marullo;

14. Titeyanna Palmer;

---

defendants' partial responses to Plaintiffs' interrogatories and requests for admission (received August 20, 2024). Plaintiffs requested additional information which Defendants have not yet provided. There is a pending discovery motion before Magistrate Judge Karen Wells Roby about the additional discovery. Should additional potential witnesses be disclosed in response to Plaintiffs' discovery requests, Plaintiffs will file a second amended witness list within two weeks of any further disclosures pursuant to this Court's Order. R. Doc. 60.

15. Manuel Palmer;

16. R. Lucian Hamlet;

17. Hunter Hamlet;

18. Michael Tankersley;

19. Ginger Hamlet;

20. Lillian E. Eyrich;

21. Daiquiri Jones;

22. Frank Farricker;

23. Raquel Black

24. Susie Boone;

25. A Representative of Dirks Landscaping;

26. A Representative of Security Experts and Leaders (S.E.A.L.);

27. A Representative of Frazee Ivy Davis PLC;

28. A Representative of Waste Pro of Louisiana;

29. A Representative of Robinson Electrical;

30. Ivan Lopez;

31. A Representative of Bullard's A/C & Heating;

32. A Representative of Integrity Carpet;

33. A Representative of Priority Floors;

34. A Representative of Miracle Man Carpet Cleaning;

35. A Representative of NOLA Pest;

36. A Representative of ADT Fire Monitoring;

37. A Representative of Sonshine Construction Services;

38. A Representative of FMM Maintenance and Construction;

39. A Representative of the Office of United States Senator Marco Rubio and/or Senator Marco Rubio;

40. A Representative of the Office of New Orleans City Councilman Freddie King and/or Councilman Freddie King;

41. A Representative of the Office of Louisiana State Representative Jason Hughes and/or Councilman Jason Hughes;

42. A Representative of the Office of New Orleans City Council President Helena Moreno and/or City Council President Moreno;

43. A representative of the Louisiana State Bond Commission ("LSBC");

44. A representative of Beep Me Plumbing, Heating & Air;

45. A representative of the Internal Revenue Service;

46. A representative of the U.S. Department of Housing & Urban Development;

47. A representative of The Mary Fund, Inc.;

48. A representative of Watson Cohen;

49. A representative of the New Orleans Assessor's Office;

50. A representative of the Louisiana State Bond Commission;

51. A representative of Pira's Construction &/or Ismet Pira;

52. A representative of the New Orleans City Council;

53. A representative of the New Orleans Sewerage and Water Board;

54. A representative of the City of New Orleans Department of Code Enforcement;

55. Representatives of Southeast Louisiana Legal Services and/or Amelie Daigle;

56. Representatives of Louisiana Fair Housing Action Center and/or Eva Kalikoff;

57. Any current or former residents of Parc Fontaine Apartments (other than named Plaintiffs) identified through the course of this litigation, including additional potential named plaintiffs who may be added to this suit.

58. Any other current or former maintenance workers at Parc Fontaine Apartments identified through the course of this litigation.

59. Any other current or former employees or staff of Parc Fontaine Apartments identified through the course of this litigation.

60. Employees and/or representatives of New Orleans EMS.

61. Any witness that possesses knowledge regarding Plaintiffs' claims or damages

62. Employees and/or representatives of Defendants

63. Any individuals identified in Defendant's Rule 26 Disclosures or discovery responses.

64. Any individuals needed to authenticate any documents, including any custodians of records, as necessary.

65. Any individuals necessary for impeachment.

66. Any experts who may be retained in this matter.

*Due to the discovery disputes to date, Plaintiffs do not have the full names of the below individuals. However, out of an abundance of caution, Plaintiffs identify the following individuals to the best of their ability at this time as potential witnesses. Additionally, upon receipt of remaining discovery Plaintiffs may identify other individuals who will be added to this list. Plaintiffs will supplement this list upon receipt of additional information.*

67. Jarmella / Miss Chanel / Chennelle (full name unknown);

68. Miss Candy (full name unknown);

69. Melissa (full name unknown);

70. Bernell Randall AKA Twin;

71. Hector (full name unknown);

72. Fred (full name unknown);

73. DeWayne (full name unknown);

74. Ballard (full name unknown);

75. Sterling (full name unknown)

76. Durell (full name unknown)

77. Felton (full name unknown)

78. Sandra AKA Susie Cannon

79. Chief (full name unknown);

80. Castro (full name unknown);

81. Keiouki (full name unknown);

82. Derrick (full name unknown, possibly Zeno);

83. Moon (full name unknown);

84. Holly (last name unknown);

85. Claudia (last name unknown);

86. Miss Blerta (full name unknown);

87. Shirley (full name unknown);

88. Issaac (full name unknown);

89. Anderson (full name unknown);

90. Moses (full name unknown);

91. Carey (full name unknown);

92. George (full name unknown);

93. Miss Bessy (full name unknown);

94. Meg Gatto;

95. Detective Colleen Formanek;

96. Durell (full name unknown);

97. Name: Gary (full name unknown);

98. Bob AKA Mr. Wooten (full name unknown); and

99. Harold (full name unknown, possibly Finkle).

Dated:  August 28, 2024

Respectfully submitted,

**BRAGAR EAGEL & SQUIRE, P.C**

By: /s/ Casey C. DeReus
Casey C. DeReus (La. Bar #37096)
810 Seventh Avenue, Suite 620
New York, New York 10019
Telephone: (212) 308-5858
Facsimile: (212) 486-0462
Email for Service:  dereus@bespc.com

*Attorneys for Plaintiffs*

and

**DeVonn Jarrett, Esq. (#35843)**
**JARRETT LAW GROUP, LLC**
643 Magazine Street, Suite 301A
New Orleans, Louisiana 70130
Telephone: 833- 554-6653
Email: djarrett@jarrettlawgroup.com

*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I do hereby certify that I have on this 28th day of August 2024, filed and served a copy of the foregoing pleading to all parties to this proceeding by filing through the CM/ECF electronic filing system.

                            */s/ Casey C. DeReus*
                            Casey C. DeReus